■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TANNEYHILL J. MONROE, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—Appeal from an order of a Justice of the Supreme Court entered in Clinton County which denied relator's petition for a writ of habeas corpus. Relator was sentenced to imprisonment upon his convictions of robbery, first degree, and of criminally possessing a pistol. The sole ground of his petition is that he was not arraigned before a magistrate prior to his indictment and conviction. The record is to the contrary but such an omission would not, in any event, invalidate the indictment and conviction and, accordingly, habeas corpus does not lie (*People ex rel. Hirschberg* v. *Close*, 1 N Y 2d 258). Order unanimously affirmed, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.